## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

PATRICK LYNN, KDOC #64377        )
                                 )
            Plaintiff,           )
                                 )    Case No: _____
v.                               )
                                 )
                                 )    (Removed from the District Court of
                                      Leavenworth County, Kansas
TEDDY SCOTT, et al.,             )    Case No:  **2016-CV-00029**)
                                 )
            Defendants.          )

## NOTICE OF REMOVAL

TO:   The Honorable Judges of the United District Court for the District of Kansas, and
      Clerk of the District Court, Leavenworth County, Kansas

      Pursuant to 28 U.S.C. §§ 1441 and 1446, defendants Lauren Lucht, LCP (formerly

Lauren Gift) and Valerie Peltzer, LPN (collectively "defendants Lucht and Peltzer"), remove this

action from the District Court of Leavenworth County, Kansas to the United States District

Court for the District of Kansas.  As grounds for removal, defendants Lucht and Peltzer state

as follows:

      1.     This is an action in which the District Courts of the United States have been

given original jurisdiction under the provisions of 28 U.S.C. §1331, in that a Federal Question

exists, and that the cause of action asserted by Patrick Lynn (pro se plaintiff/KDOC Inmate #64377)

arises out of a Federal Statute – specifically 42 U.S.C. §1983.

      2.     Venue is proper under 28 U.S.C. §1441(a) because the removed action was filed in

the District Court of Leavenworth County, Kansas, a court encompassed by the District of Kansas.

3. On January 29, 2016, Plaintiff filed a *pro se* Petition against defendants Lucht and Peltzer, and 25 other defendants in the District Court of Leavenworth, Kansas, captioned *Patrick Lynn v. Teddy Scott, et al.*, Case No. 2016-CV-000029.

4. The events alleged in the Petition concern events that happened in 2014, while Mr. Lynn was an inmate in Lansing Correctional Facility.

5. Upon information and belief Plaintiff then added, without amending his Petition, two additional defendants: totaling 29 Defendants.

6. Sherri Price, legal counsel for the Kansas Department of Corrections' Lansing Correctional Facility and its employees has agreed to removal of this action. Upon information and belief, Ms. Price Represents the following individuals:

(a) Sherri Price (KDOC Legal Counsel – Lansing Correctional Facility);

(b) Katrina Jones;

(c) Linden Appel (KDOC Chief Legal Counsel);

(d) Stuart Bailey;

(e) Carla Dusil;

(f) Jeremy Jewell;

(g) Mikhayla Austin;

(h) Ricky Brown;

(i) Seth Barfoot;

(j) Jeffrey Baxter;

(k) James Gift;

(l) Wade Schmierer;

(m) Johnnie Goddard;

(n)    Doug Burris;

(o)    Ray Roberts (KDOC Secretary of Corrections);

(p)    Andrew Lucht;

(q)    Rex Pryor (Warden – Lansing Correctional Facility);

(r)    Brett Peterson;

(s)    Chris Ross;

(t)    John Smith; and

(u)    David Scholl.

7.    All other defendants, personally or through the advice of counsel, without waiving service requirements, have agreed to removal of this action.

8.    Defendant Lauren Lucht, LCP was served with the Petition and summons on or about March 23, 2016.

9.    Defendant Valerie Peltzer, LPN was served with the Petition and summons on March 16, 2016.

10.    Accordingly, thirty days have not passed since the removing defendants were served with copies of the initial pleading setting forth Plaintiff's claims for relief.

11.    Defendants Lucht and Peltzer state that it is their intention to file a responsive pleading to plaintiff's Petition within the time set forth in the Federal Rules of Civil Procedure.

12.    Federal Question Jurisdiction exists as Plaintiff has asserted a 42 U.S.C. § 1983 claim.

13.    The United States District Court for the District of Kansas is the appropriate court for filing a Notice of Removal from the District Court of Leavenworth County, Kansas,

where the action was originally filed. Accordingly, defendants Lucht and Peltzer seek to remove this action to the United States District Court for the District of Kansas.

14. Pursuant to 28 U.S.C. §1446(a), copies of all pleadings, process and orders served upon defendants in this action are attached hereto as Exhibit "A".

15. Pursuant to 28 U.S.C. §1446(d), defendants Lucht and Peltzer have served a copy of the Notice of Removal upon all adverse parties.

16. Pursuant to 28 U.S.C. §1446(d), defendants Lucht and Peltzer have filed a Notice of Removal with the Clerk of the District Court of Leavenworth County.

WHEREFORE, Defendants Lauren Lucht, LCP and Valerie Peltzer, LPN remove this action from the District Court of Leavenworth County, Kansas to the United States District Court for the District of Kansas.

Respectfully submitted,

/s/ *Noah K. Garcia*

Roger W. Slead        KS No. 13574
Noah K. Garcia        KS No. 25454
Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108
816.421.0700 (office)
816.421.0899 (fax)
816.595.7704 (Slead Direct)
816.595.7713 (Garcia Direct)
rslead@hab-law.com
ngarcia@hab-law.com
Attorney for Defendants Lauren Lucht, LCP
and Valerie Peltzer, LPN

4

## CERTIFICATE OF SERVICE

I certify that on the 5th of April, 2016, a true and accurate copy of the foregoing was served upon the following:

**VIA REGULAR MAIL:**

Patrick Lynn, KDOC Inmate #64377
LEGAL MAIL
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042

Sherri Price
Legal Counsel
Lansing Correctional Facility
Kansas Department of Corrections
P.O. Box 2
301 East Kansas Ave.
Lansing, Kansas 66043

Leavenworth County Courthouse
Attn: Civil Clerk
601 S. 3rd St. #3051
Leavenworth, KS 66048

*/s/ Noah K. Garcia*
Attorney